IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JENNIFER BROWN            :      CIVIL ACTION
                          :
        v.                :
                          :
COUNTY OF NORTHAMPTON     :      NO. 09-1343


ORDER


AND NOW, this 3rd day of December, 2010, upon consideration of the defendant's Motion for Summary Judgment and supporting materials (Docket Nos. 14 & 15), the plaintiff's opposition, and oral argument on this matter, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED.  Judgment is hereby entered against the plaintiff and for the defendant.  This case is closed.


BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.